# EXHIBIT A

| | |
|---|---|
| Alvey Deverly | |
| FRV815572844 | |
| 71500-FBD | |
| Fruit of the | |
| Loom | |
| | |
| Anderson Carol | |
| Brown | |
| RSU811769458 | |
| 48837-043 | |
| RWDSU | |
| Equity group | |
| Camilla, GA | |
| | |
| Sherry Ashley | |
| PEX813909188 | |
| General Electric | |
| | |
| Ahmet Atlioglu | |
| MHW837404381 | |
| | |
| Jamie Balmuth | |
| HLS807536269 | |
| HealthSouth | |
| Corporation | |
| Nevada | |
| 46002-NVA | |
| | |
| Mary Jea Beck | |
| GIS815563410 | |
| GE 71889 HCI | |
| | |
| Frank Becker | |
| GZF815822189 | |
| ZF PPO | |
| 60224-003 | |
| | |
| Mark Beyer | |
| LWE812542469 | |
| 48763-072 | |
| Lowe's | |
| Companies, Inc. | |
| | |
| | |
| Rhonda Brock | |
| PRA815728874 | |
| 60249-0KY | |

| | |
|---|---|
| Locomotive & | |
| Railcar Services | |
| | |
| Kari Boehler | |
| MUY896489228 | |
| 60954-225 | |
| Mueller/ Option | |
| 80 Benefit Plan | |
| | |
| Susan Bowie | |
| HLS896820908 | |
| | |
| Nola Bradley | |
| ATI815524166 | |
| 48297 054 | |
| ALTEC, Inc. | |
| | |
| M. Buchanan | |
| TIL815528837 | |
| KYI815528837 | |
| | |
| Kathy Butler | |
| GIS806758998 | |
| | |
| Iesha Cannon | |
| RSU809132653 | |
| R W D S U | |
| Equity Group | |
| Camilla, GA | |
| | |
| L. Carnahan | |
| GEP815707930 | |
| 39039-HPA | |
| GE | |
| | |
| Shannon Cecil | |
| PEX815812320 | |
| 71892 HBC | |
| GE | |
| | |
| B. Centers | |
| GEP815697833 | |
| 39029-HPA | |
| GE | |
| | |
| W. Chrzanowski | |
| PJAN2168698 | |
| | |

| | |
|---|---|
| | |
| Vicky Cissell | |
| BGI815706040 | |
| 60848-000 | |
| American Synthetic | |
| Rubber Company | |
| | |
| C. Clifton | |
| GKN897995006 | |
| 85589-VA2 | |
| Gulfstream | |
| Aerospace Corp. | |
| | |
| Sharon Cobb | |
| BRO812251175 | |
| 74967-020 | |
| Buffalo Rock Co | |
| Panama City Health | |
| | |
| C. Cole McDonough | |
| PEX802172249 | |
| 71892 HBC | |
| GE | |
| | |
| Melissa Coy | |
| TMA815837251 | |
| | |
| 49992-566 | |
| Legacy Holdings, Inc. | |
| | |
| William Criswell | |
| LWE815789197 | |
| | |
| 48763-070 | |
| Lowes Companies | |
| | |
| Hiram Davis | |
| SDT816007264 | |
| 54513-023 | |
| SNL Distribution | |
| Services Corp | |
| | |
| Theresa Davis | |
| SDT816007264 | |
| | |
| Katherin Dean | |
| GZF874072843 | |

| | |
|---|---|
| BSH815954514 | |
| 60244-003 | |
| ZF PPO | |
| | |
| James Dees | |
| FBI802000132 | |
| 00900-101 | |
| Flowers Foods Inc. | |
| | |
| | |
| Kevin Dever | |
| PEX815790845 | |
| 71892-HBC | |
| GE | |
| | |
| William Doss | |
| LWE815816557 | |
| 48763-070 | |
| Lowes | |
| | |
| | |
| Jan Doyle | |
| EMR815831465 | |
| 56514-000 | |
| Emerson Electric Co | |
| | |
| | |
| William Duncan | |
| NHF816019398 | |
| NPT816019398 | |
| 18373-072 | |
| NHS GOLD Plan | |
| | |
| Belinda Eisenback | |
| EMR815670726 | |
| EMR815716188 | |
| 56907-000 | |
| Emerson Electric | |
| | |
| David Eisert | |
| GIS815817027 | |
| 71889 HCH | |
| GE | |
| | |
| | |
| Elizabeth Enright | |
| PPA892910528 | |

| | |
|---|---|
| 46843 00H | |
| AUSTAL USA | |
| | |
| Cecilia Evans | |
| HLS814587935 | |
| 46002 INA | |
| HEALTHSOUTH CORP | |
| | |
| Brenda Ferguson | |
| BGI815696027 | |
| 60848 200 | |
| American Synthetic | |
| Rubber Company | |
| | |
| Kenneth Flannery | |
| EMR815878264 | |
| EMR815617371 | |
| 56594 000 | |
| EMERSON ELECTRIC | |
| | |
| | |
| Ashley Fuller | |
| PPA852800065 | |
| 73349 002 | |
| UA Health Services | |
| Foundation | |
| University Hospital | |
| | |
| Diane Garrett | |
| RCM815604278 | |
| 37148 079 | |
| RAYCOM MEDIA, INC. | |
| | |
| | |
| Dena Gray | |
| GEC812056993 | |
| 75559 HBI | |
| GE | |
| | |
| | |
| Hilda Guardado | |
| TIL897868012 | |
| 64252 0CA | |
| Simplex Grinnell | |
| Simplex/ Grinnell | |
| | |
| Kelly Hall | |

| | |
|---|---|
| FBI895214660 | |
| 00900 101 | |
| FLOWERS FOODS, INC. | |
| | |
| Debbie Hardesty | |
| ONS815918431 | |
| 76864 018 | |
| OMS PPO PLAN | |
| | |
| | |
| Rodney Harshbarger | |
| LWE806516957 | |
| 84677 072 | |
| STORES OPTION 1 - | |
| ACCOLADE | |
| | |
| | |
| | |
| | |
| | |
| Michael Haskett | |
| LWE814183227 | |
| 48763 070 | |
| Lowe's Companies | |
| Copay 500 Plan | |
| | |
| Angel Hehner | |
| FMO800311010 | |
| 77112 000 | |
| XO Communications | |
| Services, LLC | |
| | |
| Cassandr Helton | |
| GZF862377060 | |
| BSH815793853 | |
| 60222 003 | |
| ZF HDHP | |
| | |
| Charlene Henderson | |
| KJD815139062 | |
| 26816 F10 | |
| C.W. ROBERTS | |
| CONTRACTING, INC. | |
| | |
| Danny Higdon | |
| PEX815204846 | |
| 71892 HBI | |

| | |
|---|---|
| GENERAL ELECTRIC | |
| | |
| Sarah Hill | |
| PEX815086299 | |
| 71892 HBA | |
| GENERAL ELECTRIC | |
| | |
| Shireen Hutcherson | |
| ATI815731298 | |
| 48297 054 | |
| ALTEC, INC. | |
| | |
| | |
| | |
| Dora Jackson | |
| PEX810003481 | |
| 71892 HBH | |
| GENERAL ELECTRIC | |
| | |
| Michael Jackson | |
| PEX810003481 | |
| 71892 HBH | |
| GENERAL ELECTRIC | |
| | |
| | |
| | |
| Mark Johnson | |
| GCA807019108 | |
| 85495 V00 | |
| COLEMAN AMERICAN | |
| COMPANIES | |
| | |
| Marissa Kaelin | |
| ATI815656987 | |
| 48297 054<br>ALTEC, INC. | |
| Shannon Keen | |
| PEX815050160 | |
| 71893 HBC | |
| GENERAL ELECTRIC | |
| | |
| | |
| Rita Knight | |
| WWG813674311 | |
| 36488 200 | |
| WHITESELL GROUP | |

| | |
|---|---|
| | |
| Charles Lipscomb | |
| DYH810803328 | |
| 74502 220 | |
| HL-A COMPANY, INC. | |
| | |
| | |
| Cassandr Macik | |
| CEU812766118 | |
| 00537 041 | |
| CAMBER CORPORATION | |
| | |
| Amy Mashburn | |
| FBI809062714 | |
| 00900 101 | |
| FLOWERS FOODS, INC. | |
| | |
| Jason Matthews | |
| OEN810393965 | |
| 75509 001 | |
| Enduracare Acute | |
| Care Services, LLC | |
| | |
| Freddie McClain | |
| RSU810754763 | |
| 48887 043 | |
| R W D S U | |
| | |
| Kipenie McEady | |
| LWE810911847 | |
| 84681 044 | |
| RDC OPTION 2 - | |
| CCOLADE GEORGIA | |
| | |
| Mark McGee | |
| CPS894455087 | |
| 80302 TX1 | |
| BBVA COMPASS | |
| | |
| Dean Melchiorre | |
| PLC813333411 | |
| 13463 000 | |
| PROTECTIVE LIFE | |
| BCBS 90/10 PLA N | |
| | |
| Tamara Miller | |
| EVF896209178 | |

| | |
|---|---|
| 54392 000 | |
| VANS - PPO | |
| | |
| Rory Montello | |
| ATI803580212 | |
| 48298 00S | |
| ALTEC, INC. | |
| | |
| Sandra Myers | |
| LWE812465889 | |
| 84677 072 | |
| STORES OPTION 1 - | |
| ACCOLADE | |
| | |
| Stephani Newell Parsons | |
| TIL800840675 | |
| 64580 0FL | |
| YCO INTEGRATED SECURITY | |
| | |
| Mark Okus | |
| EMR811286679 | |
| 56607 000 | |
| EMERSON ELECTRIC, CO. | |
| | |
| Cynthia Oliver | |
| RSU811753073 | |
| 48887 043 | |
| R W D S U | |
| | |
| Elaine Outlaw | |
| GEP815645838 | |
| 39029 HPA | |
| ENERAL ELECTRIC COMPANY | |
| | |
| Waymond Parrish | |
| LWE806869565 | |
| 84684 074 | |
| STORES OPTION 2 | |
| ACCOLADE | |
| | |
| Patricia Patterson | |
| GEP815931715 | |
| 39029 HPB | |
| ENERAL ELECTRIC COMPANY | |
| | |
| Peeks, Leroy | |
| KEY811171700 | |

| | |
|---|---|
| 81707 005 | |
| KEYSTONE FOODS, LLC | |
| | |
| Ramirez, Adrian | |
| TIL896968903 | |
| 64630 0NV | |
| TYCO/SIMPLEX GRINNELL | |
| | |
| Randall, Lela | |
| RSU810175105 | |
| 48887 043 | |
| R W D S U | |
| | |
| Robey, Margaret | |
| PEX813237677 | |
| 71892 HBA | |
| GENERAL ELECTRIC | |
| | |
| Robinson, Mera Mae | |
| FBI802005006 | |
| 00900 101 | |
| FLOWERS FOODS, INC. | |
| | |
| Rowley, Brittany | |
| LWE813523232 | |
| 84677 069 | |
| STORES OPTION 1 - | |
| ACCOLADE INDIANA | |
| Ryan, Roosevelt | |
| PEX818540303 | |
| 71892 HBB | |
| GENERAL ELECTRIC | |
| | |
| Ryon, Stephanie | |
| OSB812431277 | |
| 76573 001 | |
| CADENCE BANK - | |
| | |
| Sadler, Larry | |
| FII810067770 | |
| 50217 001 | |
| FLOWERS FOODS, INC. | |
| | |
| Salgado, Rober | |
| SUO815826158 | |
| 45713 XAA | |

| | |
|---|---|
| Surgical Care Affiliates | |
| LLC. Advantage Plan | |
| | |
| Samples, Sandra | |
| IPP8145084 | |
| | |
| Sudder, Cindy | |
| GZF815538350 | |
| 60224 003 | |
| ZF PPO | |
| | |
| Simpson, Heather | |
| PPA801029906 | |
| 36377 000 | |
| CORPORATE AMERICA | |
| CREDIT UNION | |
| | |
| Sims, Jeremy | |
| PEX815624103 | |
| 71892 HBB | |
| GENERAL ELECTRIC | |
| | |
| Smith, Kelly | |
| KYI815456258 | |
| 64621 0KY | |
| ADT | |
| | |
| Spainhour, Autumn | |
| TIL893193086 | |
| 64904 0MO | |
| YCO INTEGRATED SECURITY | |
| | |
| Spruiell, April | |
| FBI809053319 | |
| 00900 101 | |
| FLOWERS FOODS, INC. | |
| | |
| Stallard, Maurice | |
| GEP815498718 | |
| 39029 HPA | |
| GENERAL ELECTRIC | |
| | |
| Steinmetz, Brittny | |
| GZF815437712 | |
| 60222 005 | |

| | |
|---|---|
| ZF HDHP | |
| | |
| Stone, Amanda | |
| PEX815537934 | |
| 71893 HBA | |
| GENERAL ELECTRIC | |
| | |
| Stratton, Cathy | |
| FRV813827955 | |
| 71499 COS | |
| FRUIT OF THE LOOM | |
| | |
| Taunton, Marnie | |
| BRO800526552 | |
| 74967 020 | |
| BUFFALO ROCK COMPANY | |
| | |
| Temple, Frances | |
| GEP815616175 | |
| 39029 HPA | |
| GENERAL ELECTRIC | |
| | |
| Wade, Terry | |
| GEP815604582 | |
| 39029 HPB | |
| GENERAL ELECTRIC | |
| | |
| Thomas, Christin | |
| FII809727528 | |
| 50217 001 | |
| FLOWERS FOODS, INC. | |
| | |
| Thornton, Michael | |
| PRA815765663 | |
| 07633 000 | |
| ELECTRO-MOTIVE DIESEL, | |
| INC. | |
| | |
| Trippi, Brittany | |
| RGN800236229 | |
| 70426 FAA | |
| REGIONS FINANCIAL | |
| | |
| Vonshe Edmonds, Shtima | |
| RSU809132520 | |
| 48887 043 | |
| R W D S U | |

| | |
|---|---|
| | |
| Walker, Cynthia | |
| FBI810209298 | |
| 00900 101 | |
| FLOWERS FOODS, INC. | |
| | |
| Warren, Barbara | |
| FII801002004 | |
| 50217 001 | |
| FLOWERS FOODS, INC. | |
| | |
| Watts, Wesley | |
| PPA807289862 | |
| 70390 000 | |
| PHYSICAL SECURITY, LLC | |
| | |
| Weaver, Lisa | |
| SCY811009830 | |
| 60046 A00 | |
| SOUTHERN COMPANY | |
| WEST REGION | |
| | |
| West, Larry | |
| FBI801005972 | |
| 00900 101 | |
| FLOWERS FOODS, INC. | |
| | |
| Wheller, Nancy | |
| PEX810000785 | |
| 71892 HBB | |
| GENERAL ELECTRIC | |
| | |
| White, Barrett | |
| PEX815570838 | |
| 71892 HBB | |
| GENERAL ELECTRIC | |
| | |
| White Craig, Nancy | |
| ACA898831163 | |
| 72919 A12 | |
| Ascent Performance | |
| Materials Holdings, Inc. | |
| | |
| Williams, Lauranet | |
| GEP815961080 | |
| 39029 HPA | |
| GENERAL ELECTRIC | |

| | |
|---|---|
| | |
| Williams, Michael | |
| SCY812658076 | |
| 60042 A02 | |
| SOUTHERN COMPANY | |
| WEST REGION | |
| | |
| Wilson, Morris | |
| FII801003108 | |
| 50217 001 | |
| FLOWERS FOODS, INC. | |
| | |
| Wolfe, Bealinda | |
| BBS848016659 | |
| 08562 002 | |
| BBG SPECIALTY FOODS | |
| , INC. | |
| | |
| Yelvington, Eduardo | |
| GPT897255594 | |
| 88918 ONV | |
| GENUINE PARTS | |
| | |
| York, Veronica | |
| GIS815707751 | |
| 71888 HCG | |
| GENERAL ELECTRIC | |